## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FRANKIE MCCOY                            *
                                        *
                                        *
        v.                              *        Civil No. – JFM-01-1581
                                        *
PATRICK CONROY, WARDEN, ET AL.          *
                                      ******

### MEMORANDUM

Frankie McCoy, an inmate in the Maryland prison system, has brought this action under Title II of the Americans with Disabilities Act ("ADA") and § 504 of the Rehabilitation Act ("RA"). Defendants have moved for summary judgment on the ground that plaintiff settled his claims asserted in this action in a settlement agreement reached in a prior action, WDQ-00-900, instituted by plaintiff. Plaintiff (who is represented by court-appointed counsel) has filed a response to the motion. The motion will be granted.

The settlement agreement in the earlier action covered only "McCoy's claims actually asserted in the initial complaint and all amendments thereto in the above-captioned matter (but not any claims not asserted therein which could have been raised)." The question presented is therefore whether the claims asserted in this action were also asserted in the prior action. They were. In the earlier action plaintiff asserted claims both under the ADA and the RA. He alleged that the disability discrimination practiced against him prevented him from being able to obtain a prison job and participate in other programs. This allegation was incorporated by reference in the amended complaint that he filed. Amended Complaint, ¶ 47. Moreover, in the amended complaint, he requested that he be awarded "good time credits in the amount proven at trial which Plaintiff could have earned by working but was unable to do due to his injuries."

1

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: 4/15/16

_____
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF

2016 APR 15  AM II: 38

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY